UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

AMERICORE HEALTH ENTERPRISES, LLC                    CASE NO. 19-61606

DEBTOR(S)

ORDER

A Chapter 11 petition was filed in the above-referenced case on December 31, 2019. The Court finding that the List of Creditors Holding 20 Largest Unsecured Claims was not submitted with the petition pursuant to FED. R. BANKR. P. 1007(d),

It is ORDERED that the Debtor(s) must file the list within 7 days of the date of this Order. The list must be accompanied by a declaration of the Debtor(s) as required by FED. R. BANKR. P. 1008. Failure to comply with this Order may result in the dismissal of this case without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, December 31, 2019
(ksc)