Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Americore Health Enterprises, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Amy Jackson-Bollinger C/O Ronald E. Johnson Jr., Sarah N. Emer Hendy Johnson Vaugh Emergy, PSC 909 Wright's Summit Parkway, #210 Covington, KY 41011 | | | Disputed | | | $0.00 |
| APP Group International, LLC 85 Broad Street, 75th Floor New York, NY 10004 | | | Disputed | | | $0.00 |
| Eys Cash, LLC 1130 Bedford Avenue North Miami Beach, FL 33160 | | | | | | $0.00 |
| HOP Capital 323 Sunny Island Blvd. #501 Sunny Isles Beach, FL 33160 | | | Disputed | Unknown | $0.00 | Unknown |
| Jones Day C/O Chris Anderson 77 West Wacker Drive Chicago, IL 60601 | | | | | | $40,927.00 |

Debtor **Americore Health Enterprises, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Melissa North**<br>**C/O Ronald Johnson, Jr., Sarah Emery**<br>**Emery Hendy Johnson Vaughn Emery, PSC**<br>**909 Wright's Summit Parkway, #210**<br>**Covington, KY 41011** | | | **Disputed** | | | **$0.00** |
| **Pamela Johnson**<br>**C/O Ronald Johnson, Jr., Sarah Emery**<br>**Emery Hendy Johnson Vaugh Emery, PSC**<br>**909 Wright's Summit Parkway, #210**<br>**Covington, KY 41011** | | | **Disputed** | | | **$0.00** |
| **The Third Friday Total Return Fund, L.P.**<br>**C/O Michael E. Lewitt**<br>**85 N. Congress Avenue**<br>**Delray Beach, FL 33445** | | | **Disputed** | **Unknown** | **$0.00** | **Unknown** |